# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOSE TORRES,

    Plaintiff,

v.                                                           No. 1:18-cv-1159 JCH/KRS

STEPHEN KOVACH,

    Defendants.

## ORDER TO CURE DEFICIENCY

Before the Court is Plaintiff's Prisoner Civil Rights Complaint (Doc. 1). The Court determines the filing is deficient because Plaintiff has not prepaid the $400 civil filing fee or, alternatively, filed a motion to proceed *in forma pauperis* supported by a six-month inmate account statement. The Court will allow Plaintiff to cure the deficiency within thirty (30) days of entry of this Order. He must include the civil action number (18-cv-1159 JCH/KRS) on all papers he files. Failure to timely comply may result in dismissal of this action without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must either prepay the $400 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with a certified account statement for the period between **June 5, 2018 and December 5, 2018**.

**IT IS FURTHER ORDERED** that the Clerk's Office is directed to mail to Plaintiff, along with a copy of this Order, a form motion to proceed *in forma pauperis*.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE